# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL MOLCON, | : | |
| Plaintiff, | : | |
| v. | : | No. 4:18-CV-596 |
| TIM BETTI, *et al.*, | : | (Judge Brann) |
| Defendants. | : | |

## ORDER

**AND NOW**, this 26th day of December 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Medical Department's unopposed motion to dismiss (Doc. 12) is **PARTIALLY GRANTED**.

2. Dismissal is **GRANTED** in favor of Defendant Medical Department with respect to the civil rights portion of the Complaint.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge