# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL MOLCON, | No. 4:18-CV-00596 |
| Plaintiff. | (Judge Brann) |
| v. | |
| TIM BETTI, | |
| Defendant. | |

## ORDER

### JANUARY 15, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Tim Betti's motion for summary judgment, ECF No. 30, is **DENIED**;

2. Plaintiff's complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**;

3. Plaintiff may, within 30 days of the date of this Order, file an amended complaint that addresses the deficiencies identified in the Court's accompanying Memorandum Opinion. Failure to file a timely amended complaint will be deemed abandonment of this action, and Plaintiff's complaint may be subject to dismissal with prejudice without further warning.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge