# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL MOLCON, | No. 4:18-CV-00596 |
| Plaintiff, | (Judge Brann) |
| v. | |
| TIM BETTI, | |
| Defendant. | |

## ORDER

**AUGUST 11, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Tim Betti's motion to dismiss for failure to state a claim, Doc. 38, is **GRANTED**;

2. Plaintiff's amended complaint, Doc. 38, is **DISMISSED WITH PREJUDICE**; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge